Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



**Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Raymond A. Dowzycki | Case No.: 17-29416 |
| Debtor(s). | Hearing Date: N/A |
|  | Judge: Hon. Michael B. Kaplan, USBJ |

### ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: October 18, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to October 24, 2017.