Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Raymond A. Dowzycki | Case No.: 17-29416 |
| Debtor(s). | Hearing Date: N/A |
|  | Judge: Hon. Michael B. Kaplan, USBJ |

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: October 18, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to October 24, 2017.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29416-MBK
Raymond A Dowzycki                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1           Date Rcvd: Oct 18, 2017
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db             +Raymond A Dowzycki,    60 Wilson Avenue,    South Amboy, NJ 08879-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Justin M Gillman    on behalf of Debtor Raymond A Dowzycki abgillman@optonline.net, r47252@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                  TOTAL: 4